UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
M. BOOTH & ASSOCIATES, LLC,     :
         :
         Plaintiff,   :
         :     24-CV-6769 (VSB)
    -against-   :
         :     **ORDER**
JONATAN SOCORRO-PROSPERO,   :
         :
         Defendant.   :
         :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Plaintiff filed this action on September 6, 2024, (Doc. 1), and filed an affidavit of service on September 26, 2024, (Doc. 9). The deadline for Defendant to respond to Plaintiff's complaint was October 11, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intend to seek a default judgment, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 15, 2024. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 16, 2024
         New York, New York

                                                                 _____
                                                                 VERNON S. BRODERICK
                                                                 United States District Judge