USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

               Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

               Defendant(s).

**ORDER FOR CONFERENCE**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the status letter filed by Plaintiff on March 14, 2025. Dkt. No. 14. The Court will hold a conference to discuss the discovery issues raised by this letter on **April 8, 2025**, at **11:00 a.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 936 007 982#).

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

**SO ORDERED.**

Dated: March 17, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1