```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

           -v-

JONATAN SOCORRO-PROSPERO,

                Defendant(s).

**ORDER FOR CONFERENCE**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court will reschedule the April 8 discovery conference to **April 23, 2025 at 11:00 a.m**. The conference will be held **IN-PERSON** at **500 Pearl Street, Courtroom 21-D**.

The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

**SO ORDERED.**

Dated: April 7, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1