UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

         -v-

JONATAN SOCORRO-PROSPERO,

                Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/9/20205__

**ORDER FOR CONFERENCE**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    Due to a change in the Court's calendar, the April 23, 2025, discovery conference is moved to **April 24, 2025, at 10:00 a.m.** The conference will still be held **IN-PERSON** at **500 Pearl Street, Courtroom 21-D**.

    The Clerk of Court is respectfully directed to mail a copy of this order to Defendant.

**SO ORDERED.**

Dated: April 9, 2025
       New York, New York

                                    _____
                                    Henry J. Ricardo
                                    United States Magistrate Judge