```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

      -v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

**ORDER FOR CONFERENCE**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court previously scheduled a conference to address discovery disputes on April 24, 2025. Dkt. No. 31. On April 18, the pro se defendant emailed Chambers requesting an adjournment. The Court will accordingly reschedule the conference to **April 29, 2025, at 2:00 p.m. IN PERSON** at 500 Pearl Street, Courtroom 21-D.

Furthermore, Defendant is reminded that under my Individual Rules, requests for adjournment should be made via filings on the docket.

The Clerk of Court is respectfully directed to mail a copy of this order to the pro se defendant.

**SO ORDERED.**

Dated: April 22, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1