```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

           -v-

JONATAN SOCORRO-PROSPERO,

                Defendant(s).

**ORDER FOR CONFERENCE**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The parties' revised discovery schedule, Dkt. No. 39, is approved. The new schedule is as follows:

- Third party subpoenas are to be served by **June 30, 2025**;
- Depositions are to be completed by **September 8, 2025**;
- Fact discovery closes on **September 8, 2025**;
- Written expert reports are to be served by **October 8, 2025**;
- Expert depositions are to be completed by **November 7, 2025**.

Additionally, the parties are directed to file a joint status update by **June 20, 2025**.

**SO ORDERED.**

Dated: May 21, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1