UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2025
```

**ORDER FOR CONFERENCE**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On July 1, 2025, Plaintiff filed a letter motion for a discovery conference raising a number of discovery disputes. Dkt. No. 47. Plaintiff filed a follow-up letter on July 16, 2025. Dkt. No. 49. For the reasons discussed at today's conference, the Court rules as follows.

Regarding the disputes made regarding interrogatories:

- Plaintiff's motion is denied with regard to Interrogatory #1.
- Plaintiff's motion is granted with regard to Interrogatories #2, 3 and 6. Defendant is directed to file a supplemental response by July 25, 2025.

Counsel for Defendant is directed to review his client's Instagram accounts with his client to determine which posts or images related to his client's work with Plaintiff, and to provide any items identified as such to Plaintiff.

Defendant is directed make further inquiries regarding the metadata on photos and videos posted on Defendant's personal website and to provide Plaintiff an update by August 1, 2025.

The parties are directed to meet and confer further on Plaintiff's other document requests.

**SO ORDERED.**

Dated: July 18, 2025
      New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge