```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

        -v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On August 4, 2025, Plaintiff filed a letter motion for a discovery conference raising a number of discovery disputes. ECF No. 56. As was discussed at today's conference, the Court rules as follows:

- Defendant is directed to respond to Plaintiff's Interrogatories 2 and 3. Defendant must identify any personal electronic device he **owned** or **used** during or after his employment with Plaintiff. Defendant must identify these devices regardless of whether they are still in his possession. Plaintiff must respond by August 27, 2025. **Failure to comply with this order could result in sanctions.**
- By August 29, 2025, the parties are directed to meet and confer further on how Defendant can supplement his response to Plaintiff's Interrogatory 6, including by providing information on who controls access Defendant's website and with whom Defendant has corresponded about access to the website.
- Plaintiff's motion for sanctions is denied without prejudice. However, Defendant's continued failure to comply with his discovery obligations **could**

1

**lead to the Court imposing sanctions against Defendant, including the adverse inference that Plaintiff requests.**

- By September 5, 2025, the parties are directed to meet and confer on discovery regarding Defendant's revenue-generating clients, including the number of such clients.
- The parties are directed to meet and confer on a potential forensic inspection of Defendant's personal electronic devices. They are to submit either joint or competing proposals for the same by **September 22, 2025**.

**SO ORDERED.**

Dated: August 22, 2025
     New York, New York

_____
Hon. Henry J. Ricardo
United States Magistrate Judge