UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

        Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2025

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 9, 2025, Plaintiff filed two letters requesting a conference with the Court to discuss discovery disputes and scheduling. ECF Nos. 63–64. Defendant is directed to respond by **September 12, 2025**.

A conference is scheduled to address the issues raised by Plaintiff on **September 15, 2025, at 4:00 p.m.** by telephone. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 263 874 983#).

**SO ORDERED.**

Dated: September 10, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1