```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                  Plaintiff,

                  -v-

JONATAN SOCORRO-PROSPERO,

                  Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 15, 2025, the Court held a conference addressing Plaintiff's Letter Motions, ECF Nos. 63 and 64, and Defendant's Letter Response, ECF No. 68, regarding discovery disputes between the Parties. For the reasons discussed at today's conference, Plaintiff's Letter Motions at ECF Nos. 63 and 64 are **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff's request to adopt the proposed discovery schedule outlined in ECF No. 63 at 3 is **GRANTED** with the amendment that the dates reflect the year 2026, not 2025. Plaintiff will provide two weeks' notice to Defendant prior to his deposition.

Plaintiff's request to image Defendant's electronic devices is **GRANTED**. However, Plaintiff's request that the Court limit Defendant's travel is **DENIED**. All identified electronic devices will be imaged by a third-party vendor at Plaintiff's expense. The identified devices, excluding Defendant's iPhone, will be given to

1

Defendant's counsel for imaging prior to Defendant's departure from the country. The parties will confer regarding the possibility of imaging Defendant's iPhone remotely prior to Defendant's departure. If the Parties are unable to image Defendant's iPhone prior to his departure, the Parties will confer by **September 22, 2025** regarding imaging Defendant's iPhone abroad.

Plaintiff's request that Defendant provide a supplemental response to Interrogatory No. 6 is **GRANTED**. Defendant shall provide the supplemental response by **September 22, 2025.**

Plaintiff's request for information concerning Defendant's revenue-generating clients is **GRANTED**. Defendant shall produce by **October 6, 2025** documents for outside counsels' eyes only regarding: (1) formation of client relationships and (2) references to Defendant's personal business website and/or videos and pictures published on same.

The parties will confer further regarding production of outstanding documents identified in Plaintiff's July 23, 2025 letter, ECF No. 52.

**SO ORDERED.**

Dated: September 15, 2025
      New York, New York

Henry J. Ricardo
United States Magistrate Judge