UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

        -v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 15, 2025, the Court held a conference establishing a discovery schedule for this matter. The schedule is as follows:

Fact Discovery:

- The deadline to complete depositions is **March 2, 2026**;
- The deadline to serve third party subpoenas is **March 16, 2026**;
- The deadline to complete fact discovery is **April 15, 2026**;

Expert Discovery:

- The deadline to serve expert reports is **May 17, 2026**;
- The deadline to complete expert depositions is **June 18, 2026**.

Additionally, the Parties are directed to file a further joint status report on **October 16, 2025**.

**SO ORDERED.**

Dated: September 16, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge