UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

        -v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2025

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court held a conference to address the dispute regarding the collection and imaging of Defendant's electronic devices. ECF Nos. 73, 78. For the reasons discussed during today's conference, the Court finds that Defendant violated the Court's September 15, 2025 Order at ECF No. 70, but declines to impose sanctions at this time.

      Plaintiff requests that the Court impose monetary sanctions and an adverse inference regarding the contents of Defendant's devices because Defendant left his 160GB Camera Memory Card, Wacom Tablet, and SanDisk External Hard Drive in storage instead of turning these devices over to counsel as directed in the Court's September 15 Order. Because it appears unlikely that Defendant's violation of the September 15 Order in relation to these devices caused any material harm, these requests for sanctions are **DENIED** without prejudice, subject to renewal upon a further showing.

Plaintiff also requests that the Court impose monetary sanctions because Defendant took his MacBook Pro laptop abroad in violation of the September 15 Order, which required Defendant to leave this device in the United States with counsel. The Court takes this request under advisement and reserves judgment until additional information becomes available.

By **October 16, 2025**, the parties are directed to submit a joint status report addressing their plan for imaging Defendant's personal devices. By **October 22, 2025**, the parties shall submit either a joint or competing proposals for the forensic inspection of Defendant's personal devices.

**SO ORDERED.**

Dated: October 2, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge