```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/17/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

               Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

               Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' October 16, 2025 joint status letter. ECF No. 83. The Parties' request for an extension of time to submit proposals for the forensic inspection of Defendant's personal devices is **GRANTED**. The deadline for the Parties to submit joint or competing proposals regarding the forensic inspection is extended from October 22, 2025 to **November 21, 2025.** The Parties shall submit a further joint status letter regarding the status of discovery on **October 31, 2025.**

**SO ORDERED.**

Dated: October 17, 2025
       New York, New York

                                                  Henry J. Ricardo
                                                  United States Magistrate Judge