```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

      -v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' October 31, 2025 joint status report. ECF No. 87. The Parties are directed to file a further joint status report on **December 3, 2025**. The Parties are reminded that the Court will hold a conference to discuss outstanding discovery disputes on **November 25, 2025**.

**SO ORDERED.**

Dated: November 4, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1