```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of Defendant's letter dated November 10, 2025. ECF No. 89. Therein, Defendant claims illness as the latest in a long series of excuses for failing to comply with his discovery obligations. If Defendant intends to use his claim of illness as the basis to excuse his latest discovery failures, he must substantiate that claim with medical records, which may be filed on the docket under seal but which must be provided to Plaintiff.

**SO ORDERED.**

Dated: November 12, 2025
       New York, New York

                                                  _____
                                                  Henry J. Ricardo
                                                  United States Magistrate Judge