UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

          -v-

JONATAN SOCORRO-PROSPERO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On November 25, 2025, the Court held a conference with the Parties to address various discovery disputes. For the reasons discussed at the conference, by **December 23, 2025**, the undersigned orders Defendant to:

- Provide a supplemental response to Plaintiff's Interrogatory No. 3 identifying the MacBook Pro Laptop and describing in greater detail the circumstances in which any devices were misplaced or lost.

- Produce documentation concerning the recent loss of Defendants' MacBook Pro Laptop, including any claim made with an airline regarding such loss and regarding the laptop's return.

- Produce articles of incorporation and documents sufficient to show the nature of the business conducted by any entity formed by Defendant, including but not limited to Prosperous.

- Provide a complete response to Plaintiff's Interrogatory No. 9.

1

- Produce, for review by outside counsel only, documents pertaining to Defendant's "new gig" for which Defendant brought his MacBook Pro Laptop to India.

- Produce documents described in items 4–9 on page 2 of ECF No. 52. If there are no responsive documents, Defendant shall so state.

The undersigned denies, without prejudice to renewal, the following requests made by Plaintiff:

- That Defendant produce communications with GoDaddy and/or IdeaForm.

- That Defendant produce records including metadata or Plaintiff's browsing history associated with changes Plaintiff made to his personal website. However, the Parties shall confer further regarding this request.

- That an adverse inference instruction be imposed against Defendant that his MacBook Pro Laptop, 160GB Camera Memory Card and SanDisk External Hard Drive contain confidential information. However, Plaintiff may move for monetary sanctions.

Moreover, during the **week of December 8, 2025**, while Defendant is in Japan, he must have his iPhone and MacBook Pro Laptop imaged. **FAILURE TO COMPLY MAY RESULT IN SANCTIONS.**

The Parties are further instructed that the deadline to file a joint letter regarding the status of discovery is adjourned from December 3, 2025, *see* ECF No. 88, to **January 6, 2026.**

**SO ORDERED.**

Dated: November 25, 2025
        New York, New York

Henry J. Ricardo
United States Magistrate Judge