UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/2026
```

M. BOOTH AND ASSOCIATES, LLC,

                Plaintiff,

       -v-

JONATAN SOCORRO-PROSPERO,

              Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' January 12, 2026 joint letter proposing a briefing schedule for Plaintiff's anticipated second motion for sanctions. ECF No. 106. The requested briefing schedule is **GRANTED**, and the Parties shall adhere to the following deadlines:

- Plaintiff's second motion for sanctions is due by **February 16, 2026.**

- Defendant's opposition is due by **March 2, 2026.**

- Plaintiff's reply is due by **March 16, 2026.**

**SO ORDERED.**

Dated: January 13, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge