UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

                    Plaintiff,

        -v-

JONATAN SOCORRO-PROSPERO,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/2026

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's letter motion, ECF No. 130 (the "Letter Motion"), requesting leave to serve surplus interrogatories. Plaintiff is directed to file a response to the Letter Motion by **June 8, 2026**. The undersigned will hold a conference via telephone to address the Letter Motion on **June 17, 2026** at **10:00 a.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 364 792 451#).

In the interim, the Letter Motion is **GRANTED**, and Defendant may serve the surplus interrogatories. However, whether Plaintiff must answer the surplus interrogatories will be addressed at the conference.

**SO ORDERED.**

Dated: June 1, 2026
        New York, New York

Henry J. Ricardo
United States Magistrate Judge

1