UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

     Plaintiff,

  -v-

JONATAN SOCORRO-PROSPERO,

     Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2026

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on June 17, 2026 to address Defendant's letter motion, ECF No. 130 (the "Letter Motion"), requesting that Plaintiff respond to surplus interrogatories.  For the reasons articulated in the conference transcript, the Letter Motion is **DENIED**.

**SO ORDERED.**

Dated: June 17, 2026
   New York, New York

Henry J. Ricardo
United States Magistrate Judge