USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status report. ECF No. 137. The Parties shall file another joint status report by **September 7, 2026**. The Parties shall adhere to the following deadlines:

- Opening expert reports shall be served by **July 31, 2026**.
- Rebuttal expert reports shall be served by **August 14, 2026**.
- Reply expert reports shall be served by **August 21, 2026**.
- Expert depositions and all expert discovery shall be completed by **August 31, 2026**.

**SO ORDERED.**

Dated: July 8, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge