USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion for monetary sanctions, ECF No. 99 (the "Monetary Sanctions Motion"), the accompanying declaration, ECF No. 100, supporting exhibits, and the memorandum of law. To assist the Court in deciding the Monetary Sanctions Motion, Plaintiff is directed to email to RicardoNYSDChambers@nysd.uscourts.gov by **August 24, 2026** an excel spreadsheet version of the invoices filed as Exhibit MM, ECF No. 100-39 ("Ex. MM"). The spreadsheet should include only those time entries included in Ex. MM, excluding any entries that have been redacted. The spreadsheet should not include additional time entries that were not included in Ex. MM, as originally filed.

**SO ORDERED.**

Dated: August 17, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge