USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

A conference was held on September 18, 2026 to discuss settlement procedures and scheduling a future settlement conference. By **September 25, 2026**, the parties shall confer and email RicardoNYSDChambers@nysd.uscourts.gov with their availability for a settlement conference. Additionally, by the same date, the parties should separately email their availability for *ex parte* calls.

**SO ORDERED.**

Dated: September 18, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge