USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 9/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's September 22, 2026 letter motion, ECF No. 155 (the "Letter Motion"), seeking to compel Plaintiff to provide additional discovery. For the reasons described below, the Letter Motion is **DENIED.**

Fact discovery closed on June 30, 2026, *see* ECF No. 129, after the Court granted multiple extensions. *See* ECF Nos. 40, 46, 53, 74, 84, 119, 129. As noted in Rule II(B) of the Undersigned's Individual Rules and Practices in Civil Cases, "if a party waits until near the close of discovery to raise an issue that could have been raised earlier, the party is unlikely to be granted the relief that it seeks, let alone more time for discovery."[1] Additionally, the undersigned's Individual Rule I(F) explains that "[a]bsent an emergency, any request for extension or adjournment shall be made at least 3 days prior to the deadline." (emphasis in original).

[1] This Rule also states that discovery letter motions "may not exceed four pages in length." The Letter Motion does not comply with this requirement.

Here, although Defendant states that the Letter Motion "does not seek new discovery or a generalized reopening of fact discovery," that is exactly the relief Defendant seeks. This request, made nearly three months after the close of fact discovery, is not only untimely, but also fails to show good cause for its untimeliness.

Indeed, much of the discovery that Defendant seeks concerns matters he plainly knew about long ago. For example, Defendant seeks additional discovery concerning Plaintiff's allegation that Defendant improperly accessed a Google Drive on September 1, 2022, as well information about when Plaintiff learned of this event. Plaintiff advised Defendant of this allegation on September 15, 2022, long before this lawsuit was filed. Defendant also seeks discovery regarding the decision to file this lawsuit, but admits that he has focused on this question "throughout this litigation." Defendant seeks discovery about a $5,000 invoice he acknowledges was referenced in Paragraph 29 of the Complaint. No reason is offered for raising these matters now, after the close of fact discovery. Defendant also asserts that certain other discovery responses were incomplete or inadequate, but never explains why these matters could not have been raised earlier.

For the foregoing reasons, the Letter Motion is **DENIED.** The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 155 as **DENIED.**

**SO ORDERED.**

Dated: September 23, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge