USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' request to extend the expert discovery deadlines. ECF No. 158. The request is **GRANTED**.

Defendant shall serve his rebuttal expert reports by **October 30, 2026**. Plaintiff shall serve its reply expert reports by **November 30, 2026**. Expert depositions and all expert discovery shall be completed by **December 31, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 158 as **GRANTED**.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge