USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 20, 2026, Defendant filed a response to Plaintiff's request for a pre-motion conference. ECF No. 161 (the "Response"). The Response was filed on the docket as a letter motion. However, the Response does not request relief from the Court and is therefore not properly labeled as a motion. Thus, the Clerk of Court is respectfully directed to terminate the Response at ECF No. 161 as **DENIED AS MOOT**.

**SO ORDERED.**

Dated: October 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge