USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 11/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

Pursuant to the Court's September 28, 2026 order, ECF No. 157 (the "Order"), the parties were directed to submit via email certain materials by October 30, 2026 in advance of the settlement conference on November 13, 2026. To date, Defendant has not submitted the materials described in the Order. The undersigned *sua sponte* extends the deadline for Defendant to email the materials described in the Order to RicardoNYSDChambers@nysd.uscourts.gov to **November 4, 2026**.

**SO ORDERED.**

Dated: November 2, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge