USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M. BOOTH AND ASSOCIATES, LLC,

Plaintiff,

-v-

JONATAN SOCORRO-PROSPERO,

Defendant.

**ORDER**

24-CV-6769 (VSB) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint letter, ECF No. 167, setting forth a proposed briefing schedule for Plaintiff's anticipated motion for monetary sanctions (the "Motion"). The proposed schedule is approved. The parties shall adhere to the following deadlines:

- Plaintiff shall file the Motion by **December 21, 2026**;
- Defendant shall file his opposition by **January 4, 2027**;
- Plaintiff shall file its reply by **January 18, 2027**.

**SO ORDERED.**

Dated: November 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge